**Electronically Filed
Supreme Court
SCWC-18-0000478
29-OCT-2020
02:19 PM
Dkt. 11 ODAC**

SCWC-18-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SEAN WEBER,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000478; 3DTC-17-051847)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Browning, assigned by reason of vacancy)

Petitioner Sean Weber's application for writ of

certiorari filed on September 9, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ R. Mark Browning

